FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARLON DARREL EVANS,

    Petitioner,

    v.

GEORGE GALAZA, WARDEN,

    Respondent.

Case No. CV 98-8536-WDK (MLG)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: 12/6/12

William D. Keller
United States District Judge