JS-6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARLON DARREL EVANS,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE GALAZA, WARDEN,<br><br>    Respondent. | Case No. CV 98-8536-WDK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 12/6/12

_____
William D. Keller
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY