JS-6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARLON DARREL EVANS,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>GEORGE GALAZA, WARDEN,<br><br>　　　　Respondent. | Case No. CV 98-8536-WDK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 12/6/12

_____
William D. Keller
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY